IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00074 BRW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| MONTRELL JONES | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A. On or about June 9, 2020, the defendant,

MONTRELL JONES,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft by Receiving, in Pulaski County, Arkansas Circuit Court in Case Number 60 CR 2019-4236; and

2. Possession of Drug Paraphernalia, in Pulaski County, Arkansas Circuit Court in Case Number 60 CR 2019-4236.

B. On or about June 9, 2020, in the Eastern District of Arkansas, the defendant,

MONTRELL JONES,

knowingly possessed, in and affecting commerce, a firearm, that is: an HS Produkt (IM Metal) XD 9mm pistol bearing serial number XD911728.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, MONTRELL JONES, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]