## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              **Case No.: 4:21–cr–00074–JM**

**Montrell Jones**                                                                           **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for January 6, 2023, at 10:00 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

    A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** October 21, 2022                        AT THE DIRECTION OF THE COURT
                                                  TAMMY H. DOWNS, CLERK

                                                  **By:** Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas