# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                **Plaintiff**

**v.**                               **Case No.: 4:21–cr–00074–JM**

**Montrell Jones**                                                                   **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

      PLEASE take notice that the Change of Plea Hearing has been rescheduled in this case for January 20, 2023, at 09:30 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.


**DATE:** December 19, 2022                           AT THE DIRECTION OF THE COURT
                                                                               TAMMY H. DOWNS, CLERK

                                                                               **By:**  Kacie O. Glenn, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas